UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EDWARD SMELCER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-11065-LTS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

April 5, 2012

SOROKIN, C.M.J.

On November 16, 2011, the Court ordered Plaintiff to file his memorandum in support of his appeal by December 16, 2011. On December 15, 2011, the Court granted Plaintiff's motion for an extension of time to February 17, 2012, to file his memorandum in support of his appeal. No further motions for extension of time have been filed. To date, Plaintiff has not filed his memorandum. Plaintiff is hereby ORDERED to file his memorandum in support of his appeal by April 16, 2012. The United States shall file its response by May 15, 2012.

    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE